## City of Berwyn, a Municipal Corporation, Appellant, v. Ernest W. Mau and National Surety Corporation, Appellees.

Gen. No. 45,381.

Joseph E. Serhant, City Attorney, and Thomas A. Matthews, for appellant; Avern B. Scolnik, of counsel; Taylor, Miller, Busch & Magner, for appellees; Francis X. Busch, and Charles R. Sprowl, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed November 21, 1951; rehearing denied December 5, 1951; released for publication December 6, 1951.